IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3020 |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL HERNANDEZ-ALONSO, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Regarding Count I, the defendant did not admit that the ammunition traveled in interstate and foreign commerce.  Because of that, I need to speak with the lawyers before I decide whether to accept the tendered plea of guilty.

IT IS ORDERED that my judicial assistant shall arrange a telephone conference with counsel and this matter is held in abeyance.

DATED this 9th day of July, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge