IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM |
| MIGUEL HERNANDEZ-ALONSO, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

On the oral motion of the plaintiff, and without objection by the defendant,

IT IS ORDERED that Defendant Hernandez-Alonso's sentencing is continued to August 21, 2009, at 11:30 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

August 13, 2009.                BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge